UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MANUEL BARBOSA,
    Plaintiff,

V.                                                          C.A. NO. 12-231

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC. ET AL,
    Defendants,

## STIPULATION OF DISMISSAL AS TO ONE DEFENDANT

    Plaintiff by his attorney voluntarily dismisses this action without prejudice pursuant to FRCP 41 as it pertains to Mortgage Electronic Registration Systems, Inc. only.

                                              Respectfully submitted,
                                              Plaintiff,
                                              By his attorney,

                                              /s/ Mindy C. Montecalvo
                                              Mindy C. Montecalvo, Esq. #2850
                                              574 Central Avenue
                                              Pawtucket, RI 02860
                                              (401) 724-1904
                                              mindy.montecalvo@babcocklawoffices.com

## CERTIFICATE OF SERVICE

    I, Mindy Montecalvo, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on June 27, 2014.

                                              /s/ Mindy C. Montecalvo
                                              Mindy C. Montecalvo