UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MANUEL BARBOSA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 12-231M |
| | : | |
| MORTGAGE ELECTRONIC | : | |
| REGISTRATION SYSTEMS, INC.; | : | |
| PRIME MORTGAGE FINANCIAL, INC.; | : | |
| and CITIMORTGAGE, INC., | : | |
| | : | |
| Defendants. | : | |

**REQUEST TO GRANT MOTION FOR SUMMARY JUDGMENT WITHOUT HEARING**

Pursuant to this Honorable Court's June 5, 2014 Order *In re: Mortgage Foreclosure Cases* (Misc. No. 11-mc-88-M-LDA, [Dkt. No. 2339]), defendant CitiMortgage, Inc. ("CMI") hereby formally requests that its Motion for Summary Judgment [Dkt. No. 15] be automatically granted as unopposed and that the hearing thereon set for Monday, August 18, be cancelled because no objection or other opposition to CMI's Motion for Summary Judgment has been filed, and it is now less than one week before the hearing date. No memorandum accompanies this request because it lies entirely within the discretion of the Court.

WHEREFORE, CMI respectfully requests that the Court grant Defendant's Motion for Summary Judgment without the need for a hearing as set forth in the aforementioned Order.

Respectfully submitted,

**CITIMORTGAGE, INC.**
By its attorneys,

EDWARDS WILDMAN PALMER LLP

*/s/ Joseph A. Farside, Jr.*
Joseph A. Farside, Jr. (#7559)
Krystle Guillory Tadesse (#7944)
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200 telephone
(401) 276-6611 facsimile
jfarside@edwardswildman.com
ktadesse@edwardswildman.com

## Certificate of Service

    I, Joseph A. Farside, Jr., Esq., do hereby certify that, on this 12th day of August, 2014, I caused a true and correct copy of the foregoing to be served on counsel of record for the Plaintiff through the Court's CM/ECF system.

    */s/ Joseph A. Farside, Jr.*
    Joseph A. Farside, Jr.